UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH LOGAN, an individual, DANIEL LOGAN, an individual, EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation, and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.,<br><br>Defendant. | Case No. 3:17-cv-00513-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Wells Fargo Financial Nevada 2, Inc. has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 12th day of September 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE