Brian M. Brown, Esq.
Nevada Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
bmb@thorndal.com
Attorney for Defendant
EAGLE HIGHLANDS OWNERS ASSOCIATION

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

NOV 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LOGAN, an individual; DANIEL LOGAN, an individual; EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.,<br><br>Defendants. | Case No.   3:17-cv-00513-MMD-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

COMES NOW, Plaintiff, WELLS FARGO FINANCIAL NEVADA 2, INC., by and through its counsel Snell & Wilmer, LLP, and Defendant EAGLE HIGHLANDS OWNERS ASSOCIATION, by and through its counsel Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate that Defendant EAGLE HIGHLANDS OWNERS ASSOCIATION'S may have on or before November 22, 2017 in which to file its response to the Complaint. The requested extension of time is made in good faith and is necessary based upon Defendant's counsel's recent retention and the volume of documents to be reviewed prior to responding to the

///
///
///
///

- 1 -

1 | Complaint.

2

3 | Dated this 8th day of November, 2017.　　　Dated this 8th day of November, 2017.

4 | SNELL & WILMER, LLP　　　　　　　　　THORNDAL ARMSTRONG DELK
　　　　　　　　　　　　　　　　　　　　　　　　　BALKENBUSH & EISINGER

5

6 | By: _/s/ Tanya Lewis_　　　　　　　　　　By: _/s/ Brian Brown_
7 | 　　　TANYA N. LEWIS, ESQ.　　　　　　　　　BRIAN M. BROWN, ESQ.
　　　 State Bar No. 8855　　　　　　　　　　　　State Bar No. 5233
8 | 　　　ROBIN E. PERKINS, ESQ.　　　　　　　　6590 S. McCarran Blvd., Suite B
　　　 ADAM TULLY, ESQ.　　　　　　　　　　　Reno, Nevada 89509
9 | 　　　3883 Howard Hughes Pkwy, Ste 1100　　　Attorney for Defendant
10 | 　　 Las Vegas, NV 89169　　　　　　　　　　EAGLE HIGHLANDS OWNERS
　　　 Attorneys for Plaintiff　　　　　　　　　　 ASSOCIATION

11

12

13 | IT IS SO ORDERED.

14 | DATED this 29th day of November, 2017.

15

16 | _____
　　　United States Magistrate Judge

- 2 -