GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com

*Attorneys for Defendant*
*Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

```
         FILED        RECEIVED
         ENTERED      SERVED ON
              COUNSEL/PARTIES OF RECORD

              NOV 29 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LOGAN, an individual; DANIEL LOGAN, an individual; EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.<br><br>Defendants.<br>_____/ | Case No.: 3:17-cv-00513-MMD-VPC<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>[*First Request*] |

***IT IS HEREBY STIPULATED*** between Plaintiff, Wells Fargo Financial Nevada 2, Inc., a Nevada Corporation ("Plaintiff"), by and through its counsel, Snell & Wilmer LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint on or before December 1, 2017.

///

Plaintiff filed its Complaint on or about August 24, 2017, and Kern was served on or about October 18, 2017. The deadline for Kern to answer or otherwise respond to the Complaint is on or about November 8, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to extend the deadline for Kern's answer or other response to the Complaint on or before December 1, 2017. The Parties are engaged in substantive discussions with regard to the claims and defenses in this matter, and wish to conserve the time and resources of the Parties and the Court while such discussions are ongoing. Therefore, good cause exists for the extension. This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 8th day of November, 2017.　　　DATED this 8th day of November, 2017.

*KERN & ASSOCIATES, LTD.*　　　　　　　　*SNELL & WILMER, LLP*
 /s/ Karen M. Ayarbe, Esq.　　　　　　　　　　 /s/ Tanya Lewis, Esq.
KAREN M. AYARBE, ESQ.　　　　　　　　TANYA LEWIS, ESQ.
Nevada Bar No. 3358　　　　　　　　　　　Nevada Bar No. 8855
5421 Kietzke Lane, Ste. 200　　　　　　　　3883 Howard Hughes Prkwy, Ste. 1100
Reno, NV 89511　　　　　　　　　　　　　Las Vegas, NV 89169
Tel: (775) 324-5930　　　　　　　　　　　Tel: (702) 475-7964
Fax: (775) 324-6173　　　　　　　　　　　Fax: (702) 946-1345
*Attorneys for Defendant Gayle A. Kern,*　　*Attorneys for Plaintiff Wells Fargo Financial*
*Ltd. dba Kern & Associates, Ltd.*　　　　　*Nevada 2, Inc., a Nevada Corporation*

### ORDER

*IT IS SO ORDERED.*

DATED this 28th day of November 2017.

_____
United States Magistrate Judge

*Respectfully Submitted By:*

 /s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (First Request)* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| Robin E Perkins | rperkins@swlaw.com |
| | mawilliams@swlaw.com |
| | DOCKET_LAS@swlaw.com |
| | sdugan@swlaw.com |
| Adam Q. Tully | atully@swlaw.com |
| | plarsen@swlaw.com |
| | lluxford@swlaw.com |
| | DOCKET_LAS@swlaw.com |
| | sdugan@swlaw.com |
| James M Walsh | jmwalsh@wbrl.net |
| | awalsh@wbrl.net |
| | dvollmer@wbrl.net |

/s/ Christine A. Lamia
An Employee of Kern & Associates, Ltd.