Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
       atully@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LOGAN, an individual; DANIEL LOGAN, an individual; EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants | Case No.: 3:17-cv-00513-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF WELLS FARGO TO FILE A REPLY TO DEFENDANTS DEBORAH LOGAN AND DANIEL LOGAN'S COUNTERCLAIM**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Wells Fargo Financial Nevada 2 Inc. ("Plaintiff"), through its attorneys, its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendants Deborah Logan and Daniel Logan, ("Logan"), through their attorney, the law firm of Walsh, Baker & Rosevear, as follows:

Defendants filed their Counterclaim on November 8, 2017 [Docket No. 17]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Defendants agree, that Wells Fargo shall have until **December 22, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Counterclaim, and is not intended

1  to cause any delay or prejudice to any party, but is intended so that the parties may discuss
potential settlement and to accommodate the holiday calendars of counsel.

Dated: November 28, 2017.

SNELL & WILMER L.L.P.

By: /s/ Adam Tully
   Robin E. Perkins, Esq. (NV Bar No. 9891)
   Adam Tully, Esq. (NV Bar No. 13601)
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   Telephone: (702) 784-5200
   Facsimile: (702) 784-5252

*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

Dated: November 28, 2017.

WALSH, BAKER & ROSEVEAR

By: /s/ James Walsh
   James M. Walsh, Esq.
   9468 Double R. Blvd., Ste A
   Reno, Nevada 89521
   Telephone: (775) 853-0883
   Facsimile: (775) 853-0860

*Defendants Deborah and Daniel Logan*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 29, 2017

4812-9367-8676

- 2 -