GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LOGAN, an individual; DANIEL LOGAN, an individual; EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.<br><br>Defendants.<br>_____/ | Case No.: 3:17-cv-00513-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>*[Third Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff, Wells Fargo Financial Nevada 2, Inc., a Nevada Corporation ("Plaintiff"), by and through its counsel, Snell & Wilmer LLP, and Defendant, Gayle A. Kern, Ltd. dba Kern & Associates, Ltd. ("Kern"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for Kern to answer or otherwise respond to Plaintiff's Complaint on or before January 19, 2018.

Plaintiff filed its Complaint on or about August 24, 2017, and Kern was served on or about October 18, 2017. By virtue of a prior extension, the current deadline for Kern to answer or

otherwise respond to the Complaint is on December 22, 2017.

Plaintiff and Kern (collectively referred to as the "Parties") stipulate and agree to extend the deadline for Kern to answer or otherwise respond to the Complaint on or before January 19, 2018. Counsel for the Parties continue to communicate in good faith and believe they have reached agreements on the majority of the issues between them. However, due to varying holiday schedules of the Parties and/or counsel, the Parties are unable to resolve the remaining issues and file the necessary documents as contemplated by the current December 22, 2017 deadline. In a continued effort to conserve the time and resources of the Parties and the Court, this third extension is requested. Good cause exists for the extension, which is not intended to cause delay or prejudice to any party.

DATED this 21st day of December, 2017.   DATED this 21st day of December, 2017.

*KERN & ASSOCIATES, LTD.*
*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

*SNELL & WILMER, LLP*
*/s/ Adam Tully, Esq.*
ADAM TULLY, ESQ.
Nevada Bar No. 13601
3883 Howard Hughes Prkwy, Ste. 1100
Las Vegas, NV 89169
Tel: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc., a Nevada Corporation*

**ORDER**

*IT IS SO ORDERED*.

DATED this 26th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*