Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
atully@swlaw.com

*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LOGAN, an individual; DANIEL LOGAN, an individual; EAGLE HIGHLANDS OWNERS ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.;<br><br>Defendants | Case No.: 3:17-cv-00513-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Financial Nevada 2, Inc.. ("Wells Fargo"), Defendants Deborah and Daniel Logan ("Logans"), and Eagle Highlands Owners Association ("Eagle Highlands," and collectively with Wells Fargo and the Logans "Parties") by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

///

///

///

///

///

Pursuant to Fed. R. Civ. P. 41, this matter, including all claims and counterclaims raised therein, may be dismissed with prejudice with each party to bear its own fees and costs.

Dated: August 9, 2018.

SNELL & WILMER L.L.P.

By: /s/ *Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

Dated: August 9, 2018.

Dated: August 9, 2018.

WALSH, BAKER & ROSEVEAR

By: /s/ *James Walsh*
James M. Walsh, Esq. (NV Bar No. 796)
9468 Double R. Blvd., Ste A
Reno, Nevada 89521
Telephone: (775) 853-0883
Facsimile: (775) 853-0860

*Defendants Deborah and Daniel Logan*

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

By: /s/ *Brian Brown*
Brian M. Brown, Esq. (NV Bar No. 5233)
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Telephone: 775.786.2882
Facsimile: 775.786.8004
Email: bmb@thorndal.com

*Attorneys for Defendant Eagle Highlands Owners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 9, 2018

4812-1774-4490